IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME RODRIGUEZ,<br><br>      Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.; and FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC,<br><br>      Defendants.<br>_____/ | No. C 11-03654 CW<br><br>ORDER REFERRING CASE TO ALTERNATIVE DISPUTE RESOLUTION FOR INITIAL ASSESSMENT |

    The Court has received notice that the United States Marshal's Service has served a summons on Defendant Wells Fargo Bank, N.A., as required by its October 20, 2011 order. Accordingly, the Court refers this foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit, pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, to assess this case's suitability for mediation or a settlement conference. Plaintiff and Defendants' counsel shall participate in a telephone conference, to be scheduled by the ADR Unit on a date within thirty days following this order.

    Plaintiff and Defendants' counsel shall be prepared to discuss the following subjects:

        (1)  Identification and description of claims and alleged defects in loan documents.

        (2)  Prospects for loan modification.

        (3)  Prospects for settlement.

The parties need not submit written materials to the ADR Unit for the telephone conference.

In preparation for the telephone conference, Plaintiff shall do the following:

    (1) Review relevant loan documents and conduct a brief investigation of the claims in this action to determine whether they have merit.

    (2) If Plaintiff is seeking a loan modification to resolve all or some of his claims, he shall prepare a current, accurate financial statement and gather all of the information and documents customarily needed to support a loan modification request. Further, Plaintiff shall immediately notify Defendants' counsel of his request for a loan modification.

    (3) Provide counsel for Defendants with information necessary to evaluate the prospects for loan modification. The general and financial information provided to Defendants may be in the form of a financial statement, worksheet or application customarily used by financial institutions.

In preparation for the telephone conference, counsel for Defendants shall do the following.

    (1) If Defendants are unable or unwilling to do a loan modification after receiving notice of Plaintiff's request, counsel for Defendants shall promptly notify Plaintiff to that effect.

    (2) Arrange for a representative of each Defendant with full settlement authority to participate in the telephone conference.

The ADR Unit will provide the parties with the date the telephone conference will be held. After the telephone conference has been held, the ADR Unit will advise the Court of its recommendation for further ADR proceedings.

2

As the Court noted in its October 20, 2011 order, Plaintiff has yet to oppose Defendant First American Trustee Servicing Solutions, LLC's pending motion to dismiss, but shall respond within fourteen days after the date the ADR telephone conference is held.  If Plaintiff fails to do so, the claims against that Defendant will be dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated:  11/8/2011

CLAUDIA WILKEN
United States District Judge

cc: ADR