IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAIME RODRIGUEZ,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A.; and FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC,

    Defendants.
_____/

No. C 11-03654 CW

SCHEDULING ORDER

    On October 20, 2011, the Court ordered Plaintiff Jaime Rodriguez to respond to Defendant First American Trustee Servicing Solutions, LLC's motion to dismiss within fourteen days after the Alternative Dispute Resolution telephone conference.  At the time, the date for the ADR telephone conference had not been set.  The Court also stated that it would consider the motion on the papers.

    On November 28, 2011, Defendant Wells Fargo, N.A. moved to dismiss Plaintiff's claims.  Docket No. 19.  Pursuant to Civil Local Rule 7-3(a), Plaintiff's response was due December 12, 2011. Plaintiff, thus far, has failed to oppose Wells Fargo's motion.

    On December 14, 2011, the ADR unit convened its second telephone conference after Plaintiff failed to appear for the first one.  Again, Plaintiff failed to appear.

    As required by the Court's October 20, 2011 order, Plaintiff shall respond to First American's motion to dismiss on or before

December 28, 2011, or his claims against First American will be dismissed for failure to prosecute. In addition, Plaintiff shall respond to Wells Fargo's motion to dismiss on or before December 28, 2011, or his claims against Wells Fargo will be dismissed for failure to prosecute. The Court will consider Wells Fargo's motion on the papers.

The January 12, 2012 hearing for Wells Fargo's motion is VACATED. The January 11, 2012 case management conference is VACATED, to be reset if necessary after the motions to dismiss are decided.

IT IS SO ORDERED.

Dated: 12/15/2011

CLAUDIA WILKEN
United States District Judge

2