IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAIME RODRIGUEZ,      No. C 11-03654 CW

    Plaintiff,      ORDER DISMISSING ACTION FOR FAILURE

v.      TO PROSECUTE

WELLS FARGO BANK, N.A.; and FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC,

    Defendants.

_____/

On December 15, 2011, the Court warned Plaintiff Jaime Rodriguez that his failure to respond to Defendant First American Trustee Servicing Solutions, LLC's and Defendant Wells Fargo, N.A.'s motions to dismiss would result in dismissal of his claims for failure to prosecute.  The Court ordered Plaintiff to respond to the motions on or before December 28, 2011.  Although the deadline has passed, Plaintiff has failed to respond to the motions.  Accordingly, Plaintiff's complaint is dismissed for failure to prosecute.

    IT IS SO ORDERED.

Dated: 1/3/2012

                                 CLAUDIA WILKEN
                                 United States District Judge