IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAIME RODRIGUEZ,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A.; and FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC,

    Defendants.
_____/

No. C 11-03654 CW

ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE

On December 15, 2011, the Court warned Plaintiff Jaime Rodriguez that his failure to respond to Defendant First American Trustee Servicing Solutions, LLC's and Defendant Wells Fargo, N.A.'s motions to dismiss would result in dismissal of his claims for failure to prosecute.  The Court ordered Plaintiff to respond to the motions on or before December 28, 2011.  Although the deadline has passed, Plaintiff has failed to respond to the motions.  Accordingly, Plaintiff's complaint is dismissed for failure to prosecute.

    IT IS SO ORDERED.

Dated: 1/3/2012

CLAUDIA WILKEN
United States District Judge